

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      In re Michael Gene Walker

Appellate case number:    01-21-00159-CR

Trial court case number:  1497633

Trial court:               177th District Court of Harris County

On March 29, 2021, Relator, Michael Gene Walker, filed a "pre-trial writ of habeas corpus to set aside the indictment for failure to afford constitutional right to speedy trial." On April 15, 2021, attorneys John T. Floyd and Chris Choate filed a motion to dismiss the application for writ of habeas corpus without prejudice, asserting they represent Relator, that Relator filed the writ inadvertently, and that Relator "has consulted with [c]ounsel, and fully understands the rights and remedies available to him." Further, "[c]ounsel spoke with Relator in person on April 14, 2020 and received Relator's permission to appear in this case and to file this [m]otion on his behalf."

While the motion to dismiss is signed by Relator's counsel of record, Relator has not signed the motion. *See* TEX. R. APP. P. 42.2(a) (providing "appellant and his or her attorney must sign" voluntary motion to dismiss in criminal case). Accordingly, Relator's motion to dismiss is **denied**.

The Court will consider any future motion filed in compliance with Texas Rule of Appellate Procedure 42.2(a).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                              Acting individually

Date:  April 22, 2021